**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Steven A. Cooper Jr            CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 21-11964 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of The Bank of New York Mellon FKA The Bank of New York, as Indenture Trustee for the Noteholders of the CWABS, Inc. Asset-Backed Notes Series 2007-SEA2 and index same on the master mailing list.

Respectfully submitted,

/s/ 

Rebecca Solarz
04 Nov 2021, 16:02:51, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322